IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

No. 06-12779-F

Dist. Ct. Docket No. 89-00003-CR-T-17-MAP

IN RE:

JOHN EARL GRUBBS, JR.,

         Petitioner.

On Petition for Writ of Mandamus to the
United States District Court for the
Middle District of Florida

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
JUN 1 9 2006
THOMAS K. KAHN
CLERK

**BEFORE:** BLACK and BARKETT, Circuit Judges.

**BY THE COURT:**

Respondents are hereby ordered to file a response to this petition within 14 days of the date of this Order. The Court invites the District Court Judge to respond to the petition within the same 14 day period. If the District Court Judge elects not to participate, she should serve and file a letter to that effect with this Court's Clerk within these 14 days. See Fed. R. App. P. 21(b).

Petitioner's motion for leave to proceed in forma pauperis is **GRANTED**.

A True Copy - Attested:
Clerk, U. S. Court of Appeals,
Eleventh Circuit
By: _____
Deputy Clerk
Atlanta, Georgia

# United States Court of Appeals

Eleventh Circuit
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

**Thomas K. Kahn**
Clerk

For rules and forms visit
www.ca11.uscourts.gov

June 19, 2006

MEMORANDUM TO COUNSEL OR PARTIES

**Appeal Number: 06-12779-F**
Case Style: In Re: John Earl Grubbs, Jr.
District Court Number: 89-00003 CR-T-17-MAP ()



The following action has been taken in the referenced case:

The enclosed order has been ENTERED.

Sincerely,

THOMAS K. KAHN, Clerk

Reply To: Mildred Norwood (404) 335-6185

MOT-2 (03-2006)