IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

No. 06-12779-F



FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT

AUG - 7 2006

THOMAS K. KAHN
CLERK

Dist. Ct. Docket No. 89-00003-CR-T-17-MAP

IN RE:

JOHN EARL GRUBBS, JR.,

Petitioner.

On Petition for Writ of Mandamus to the
United States District Court for the
Middle District of Florida

**BEFORE:** TJOFLAT and BARKETT, Circuit Judges.

**BY THE COURT:**

John Earl Grubbs, Jr., a federal prisoner proceeding pro se, has filed a petition for writ of mandamus, in which he seeks an order from this Court vacating the district court's order denying him permission to file a notice of appeal, an application for a certificate of appealability, and a motion to proceed in forma pauperis. Because the district court already has vacated its order, Grubbs's mandamus petition is **DISMISSED** as moot.

# United States Court of Appeals
Eleventh Circuit
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

**Thomas K. Kahn**
Clerk

For rules and forms visit
www.ca11.uscourts.gov

August 07, 2006

Johnnie Earl Grubbs, Jr. (09534-018)
Coleman Med FCI, C4
PO BOX 1032
COLEMAN  FL  33521-1032

**Appeal Number: 06-12779-F**
Case Style: In Re:  John Earl Grubbs, Jr.
District Court Number:  89-00003 CR-T-17-MAP

The enclosed order has been entered.  No further action will be taken in this matter.

Sincerely,

THOMAS K. KAHN, Clerk

Reply To: Mildred Norwood/wl/404-335-6185

Encl.

DIS-4  (3-2005)